IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18MJ3047 |
| vs. | |
| SAMUEL MARTINEZ-ALVARADO, | ORDER |
| Defendant. | |

Defendant has moved to continue Defendant's status hearing. (Filing No. 10). As explained by counsel, Rule 20 paperwork is still being processed. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 10), is granted.

2) Defendant's status/plea hearing will be held before the undersigned magistrate judge on May 23, 2018 at 11:00 a.m. Defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing Defendant's plea hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and May 23, 2018 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

May 8, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge